1  **CANDIS MITCHELL**
   California State Bar No.  242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Reyes-Cruz

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ8481-PCL
                                     )
12           Plaintiff,              )
                                     )
13  v.                               )
                                     )   **NOTICE OF APPEARANCE**
14  **ADRIAN REYES-CRUZ,**           )
                                     )
15                                   )
             Defendant.              )
16  _____      )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                        Respectfully submitted,

21

22  Dated: June 2, 2008                   /s/  *Candis Mitchell*
                                          **CANDIS L. MITCHELL**
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Reyes-Cruz
24                                        Candis_Mitchell@fd.org

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4      Courtesy Copy to Chambers

5      Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated:  June 2, 2008                    */s/  Candis Mitchell*
                                          **CANDIS L. MITCHELL**
8                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
9                                          San Diego, CA  92101-5030
                                          (619) 234-8467  (tel)
10                                         (619) 687-2666  (fax)
                                          Candis_Mitchell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28